**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

RONALD D. WEAVER,

           Petitioner

        v.

JOHN O'CONNOR AND MICHAEL
STEPHENS,

           Respondents

: No. 410 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.